**E-FILED**
Monday, 28 November, 2005  04:27:28 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

_____

| | |
|---|---|
| ERNEST BOARD, SONYA BOARD, TRAVIS BOARD, by and through his father and next friend Ernest Board, FONDA BOARD, by and her father and next friend Ernest Board, ELI BOARD, by and through his father and next friend Ernest Board, DEREK PETERS, by and through his mother and next friend Carla Finley, NANCY YOUNG, ROBERT YOUNG, JERRY BOARD, and BETTY WILDMAN, | ) ) ) ) ) ) ) ) ) ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| CHRIS GILL, Paris Police Officer, CHRIS GRESHAM, Paris Police Officer, and THE CITY OF PARIS, ILLINOIS, | ) ) ) ) |
| | ) |
| Defendants. | ) |

Case No. 05-2102

## OPINION

A Report and Recommendation (#27) was filed by the Magistrate Judge in the above cause on November 4, 2005.  More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made.  See 28 U.S.C. § 636(b)(1).  The Recommendation of the Magistrate Judge is, therefore, accepted by the court.  See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED:

(1) The Motion to Dismiss (#20) filed by Defendant City of Paris is GRANTED in part and DENIED in part.  The motion is GRANTED as to any request for punitive damages in Counts C and CI and DENIED as to failing to state a claim in Count C.

(2)  This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 28th day of November, 2005

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE