**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
Urbana Division

| | |
|---|---|
| ERNEST BOARD, SONYA BOARD, )<br>TRAVIS BOARD, by and through his )<br>father and next friend Ernest Board, )<br>FONDA BOARD, by and through her )<br>father and next friend Ernest Board, )<br>ELI BOARD, by and through his )<br>father and next friend Ernest Board, )<br>DEREK PETERS, by and through his )<br>mother and next friend Carla Finley, )<br>NANCY YOUNG, ROBERT YOUNG, )<br>JERRY BOARD, and BETTY WILDMAN, )<br>  )<br>  **Plaintiffs,** )<br>  v. )<br>  )<br>CHRIS GILL, Paris Police Officer, )<br>CHRIS GRESHAM, Paris Police Officer, )<br>and THE CITY OF PARIS, ILLINOIS, )<br>  )<br>  **Defendants.** ) | Case No. 05-2102 |

# <u>O R D E R</u>

On April 3, 2006, Plaintiffs' counsel reported that the case had been settled. Accordingly, the Court entered an Order (#39) which vacated all deadlines and scheduled hearings and directed the parties to file a stipulation of dismissal within thirty-five days. That deadline has subsequently been extended.

On June 20, 2006, Plaintiffs filed Plaintiffs' Motion to Approve Settlement (#42). Defendants have filed their response in opposition (#43).

After a thorough review of the written submissions, the Court had determined that Plaintiffs' motion asks this Court to invade the province of the state court. Approval of the settlement of a minor's claim falls within the authority of the state court. Both Plaintiffs and Defendants have acknowledged that there are guardianship proceedings pending for each of the

minor Plaintiffs. Those proceedings in the probate division of the Circuit Court of Illinois are the proper means for obtaining review and approval of the terms of settlement.

On the basis that it is not the appropriate court to approve settlement, this Court now **DENIES** Plaintiffs' Motion to Approve Settlement **(#42)**. In doing so, it expresses no opinion regarding the merits.

ENTER this 7th day of July, 2006.

                                             s/ DAVID G. BERNTHAL
                                             U.S. MAGISTRATE JUDGE